**KAZEROUNI LAW GROUP, APC**
Abbas Kazerounian, Esq. (SBN: 249203)
ak@kazlg.com
Gil Melili, Esq. (SBN: 337116)
gil@kalzg.com
245 Fischer Avenue, Unit D1
Costa Mesa, CA 92626
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

**KAZEROUNI LAW GROUP, APC**
Jason A. Ibey, Esq. (SBN: 284607)
jason@kazlg.com
321 N. Mall Drive, Suite R108
St. George, UT 84790
Telephone: (800) 400-6808
Facsimile: (800) 520-5523

*Attorneys for Plaintiffs*,
Natalie Gianne and
Tori Powell

**UNITED STATES DISTRICT COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| | |
|---|---|
| NATALIE GIANNE and TORI POWELL, Individually and On Behalf of All Others Similarly Situated,<br><br>Plaintiffs,<br><br>v.<br><br>DRINK LMNT, INC., and DRINK LMNT DISTRIBUTION, INC.,<br><br>Defendants. | Case No.: 2:26-cv-02029-CAS-BFM<br><br>Action filed: February 25, 2026<br><br>**PLAINTIFFS' NOTICE OF SETTLEMENT**<br><br>**HON. CHRISTINA A. SNYDER** |

NOTICE OF SETTLEMENT
CASE NO. 2:26-CV-02029-CAS-BFM

Pursuant to Civil Local Rule 16-15.7 of the United States District Court for the Central District of California, Plaintiffs Natalie Gianne and Tori Powell submit this Notice of Settlement to inform the Court that the parties have reach a settlement in principle on an individual basis.

Dated:  June 16, 2026

Respectfully Submitted,

**KAZEROUNI LAW GROUP, APC**

By*: /s/ Gil Melili*
Gil Melili, Esq.
*Attorneys for Plaintiffs*

**NOTICE OF SETTLEMENT**
**CASE NO. 2:26-CV-02029-CAS-BFM**                    - 1 -